# Order

Lansing, Michigan

September 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139395 & (3)

321 HENDERSON RECEIVABLES
ORIGINATION, L.L.C.,
          Plaintiff,

v                                                         SC: 139395

WAYNE COUNTY CIRCUIT COURT
CHIEF JUDGE,
          Defendant.

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009           _____
0916                                        Clerk